IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL STANELY VAN HOOSEN,

    Petitioner,                  No. CIV S-09-0689 GGH P

   vs.

M. KRAMER,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In addition, the petition consists of two pages. The first page is the cover page for a habeas corpus petition form. The second page is the first page of petitioner's typed points and authorities. The court cannot determine the nature of petitioner's claims from these two pages. Because the petition is incomplete, it is dismissed with leave to file a complete petition.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action;

2. The petition is dismissed with thirty days to file an amended petition; failure to comply with this order will result in a recommendation of dismissal of this action;

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: March 23, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:md
vanh0689.101a